**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7826

ARTHUR CARL DOVE,

Plaintiff - Appellant,

versus

QUALITY DENTAL SERVICE; CYNTHIA IDZIK, Doctor,
DDS; OSWALD WARNER, Doctor, DDS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-98-157-AW)

Submitted:  May 25, 1999        Decided:  June 1, 1999

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Bernard Tetrault, PRISM, Chestertown, Maryland, for Appel-
lant.  Kevin Bock Karpinski, ALLEN, JOHNSON, ALEXANDER & KARP,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Carl Dove appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dove v. Quality Dental Serv., No. CA-98-157-AW (D. Md. Nov. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED